FILED
CLERK, U.S. DISTRICT COURT
JUL 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JOHN DOMINGUEZ,  )
                 )
      Petitioner, ) Case No. CV 06-3330 VAP (AJW)
                 )
      v.         )
                 ) ORDER ADOPTING REPORT AND
TOM CAREY, WARDEN, ) RECOMMENDATION OF
                 ) MAGISTRATE JUDGE
                 )
      Respondent. )
_____)

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: July 12, 2008

Virginia A. Phillips
United States District Judge