JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
JUL 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN DOMINGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>TOM CAREY, Warden,<br><br>    Respondent. | No. CV 06-3330 VAP (AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is **denied**.

Dated: July 12, 2008

Virginia A. Phillips
United States District Judge